

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Kellie R. Watson_
(Please print)

STREET ADDRESS: _P.O. Box 18413_

CITY/STATE/ZIP: _Chicago Illinois 60618_

PHONE NUMBER: _773-761-8033_

CASE NUMBER: 08CV1308
JUDGE MORAN
MAG. JUDGE DENLOW

_Kellie R. Watson_      _3-4-2008_
Signature                Date


MAR 0 4 2008

# FILED
MAR 0 4 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT