UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 0 4 2008   NR

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 0 4 2008

Plaintiff(s)　)　　Judge:
Kellie R. Watson　)
　　　　　　　　　)
　　　　　　　　　)
　　　　　　　　　)
vs　　　　　　　　)　08CV1308
　　　　　　　　　)　JUDGE MORAN
　　　　　　　　　)　MAG. JUDGE DENLOW
　　　　　　　　　)
Defendant(s)
H.U.D.
Alphonso Jackson H.U.D.
Joseph P. Galvin H.U.D.
Beverly E. Bishop H.U.D.
Illinois Housing Authority
City of Chicago (Provider)
Chicago Housing Authority (Provider)
Shelter Plus Care (Provider)
Bankier Apartments (Owners)

Notice of MOTION FOR APPOINTMENT OF COUNSEL UNDER TITLE 28 U.S.C.A. SECTION 1915(E)(1)

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, notice is hereby given by counsel of record for Ms. Kellie R. Watson that the following motion has been served on opposing counsel.

WHEREFORE, Ms. Watson prays this court for entry of an order:

1. Title 28 U.S.C.A. Section 1915(e)(1): The Court may request an U.S. Attorney to represent any person unable to afford counsel.

2. The ends of justice would best be served in this case if an U.S. Attorney was appointed to represent this Plaintiff or in the alternative Co Counsel, to insure that the Federal Civil Procedure and Local Rules of this Court will be observed.

Plaintiff
Kellie R. Watson
P.O. Box 18413
Chicago, Illinois 60618
773-761-8033

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that she served the foregoing Notice and documents described therein upon the persons to whom this Notice is directed, by depositing a copy of same in the United States Post Office at Chicago, Illinois with proper postage prepaid, on _March, 4th 2008_.

_Kellie R. Watson_
Kellie R. Watson

SUBSCRIBED AND SWORN TO before me this _March, 4, 2008_.

_Alicia Lopez_
Notary Public

"OFFICIAL SEAL"
ALICIA LOPEZ
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 09/22/2010