UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
MAR 0 4 2008
NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**
Kellie R. Watson

vs

Judge

MAR 0 4 2008

08CV1308
JUDGE MORAN
MAG. JUDGE DENLOW

**Defendant(s)**
H.U.D.
ALPHONSO JACKSON H.U.D. (SECRETARY OF H.U.D.)
JOSEPH P. GALVAN H.U.D. (MIDWEST REGINAL DIRECTOR)
BEVERLY E. BISHOP H.U.D. (ILLINOIS DIRECTOR)
ILLINOIS HOUSING AUTHORITY (PROVIDER)
CITY OF CHICAGO (PROVIDER)
CHICAGO HOUSING AUTHORITY (PROVIDER)
SHELTER PLUS CARE (PROVIDER)
BANKIER APARTMENTS (RENTAL OWNERS)

## EMERGENCY NOTICE OF MOTION FOR A RESTRAINING ORDER AND INJUCTION.

PLEASE TAKE NOTICE that on _____, 2008, at 9:30 A.M., or soon thereafter as counsel may be heard, the undersigned shall appear before Honorable_____, or any judge sitting in his stead, in the courtroom_____, or the courtroom usually occupied by him at the United States District for The Northern District of Illinois Eastern Division., NOTICE OF MOTION FOR A RESTRAINING ORDER AND INJUCTION, TO STOP ALL LEGAL ACTION FOR EVICTION BY ABOVE NAMED DEFENDANTS.

*/s/ Kellie R. Watson*

Plaintiff

Kellie R. Watson

PO Box 18413

Chicago, Illinois 60618

773-761-8033

## PROOF OF SERVICES

The undersigned, being first duly sworn on oath, deposes and says that she served the foregoing. Notice and documents described therein upon the persons to whom this Notice is directed, by depositing a copy of same in the United States Post Office at Chicago, Illinois with proper postage prepaid, on _March 4th_, 2008.

_Kellie R. Watson_
Kellie R. Watson

Subscribed and Sworn to before me this _March 4th_, 2008.

_Alicia Lopez_

"OFFICIAL SEAL"
ALICIA LOPEZ
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 09/22/2010