# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1308 | **DATE** | 3/12/2008 |
| **CASE TITLE** | KELLIE R. WATSON vs. HUD, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis [4] is denied. Plaintiff's motion for appointment of counsel [5] is denied. Plaintiff's emergency motion for a restraining order and injunction [6] is denied. Plaintiff's complaint is dismissed for lack of jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|